PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Khadijah Banks-O'Neal**                                                                 Docket No. **22-230**

### Petition for Action on Conditions of Pretrial Release

COMES NOW ELIZABETH G. CHARLESTON, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Khadijah Banks-O'Neal**, who was placed under pretrial release supervision by the **HONORABLE ANDRE M. ESPINOSA** sitting in the Court at **50 Walnut Street, Newark, New Jersey 07101**, on **July 29, 2021**, under the following conditions:

**$30,000.00 unsecured appearance bond, together with the following conditions:**
1. The defendant shall be released into the third-party custody of a suitable candidate by August 6, 2021.
2. Pretrial Services Supervision.
3. Surrender all passports/travel documents. Do not apply for new travel documents.
4. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
5. Substance abuse testing and/or treatment as directed by Pretrial Services.
6. Abstain from the use of alcohol.
7. Maintain current residence or a residence approved by Pretrial Services.
8. Shall not apply for new lines of credit without preapproval from Pretrial Services. The defendant shall not access or obtain identity documents, credit cards, bank accounts, or other bank documents not in the defendant's own name.
9. Resolve all outstanding traffic and criminal warrants.

Due to the COVID-19 pandemic, the defendant has not yet been processed by the United States Marshals Service (USMS) for the instant arrest.

10. The defendant shall report to the United States Marshal Services in Newark, New Jersey for processing at a date to be determined.

On September 23, 2021, Nadiyah Chase, the defendant's sister, was approved as Third Party Custodian and an updated Order Setting Conditions of Release was entered.

On March 30, 2022, the defendant appeared before Your Honor for a Plea Hearing. Sentencing is currently pending.

Respectfully presenting petition for action of Court and for cause as follows:

[SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER a Bail Review Hearing be scheduled.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this **22nd** day of **August**, **2022** and ordered filed and made a part of the records in the above case. | Executed on _____August 15, 2022_____ |
| _____ <br> ANDRE M. ESPINOSA <br> U.S. District Judge | _Elizabeth A. Charleston_ <br> ELIZABETH G. CHARLESTON <br> U.S. Pretrial Services Officer |

✱ BAIL REVIEW HRG SET FOR
8/24/22 @ 11 AM